**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**SANDS,**

                          **Plaintiff,**

     **-against-**

**WILD SKY MEDIA CO., LTD,**

                         **Defendant.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2020

**20-cv-02734-ALC**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On October 1, 2020, Defendant filed a motion to dismiss the complaint in this action. ECF No. 10. The Court hereby DENIES this motion without prejudice. Defendant is directed to file a pre-motion conference letter, as required by Rule 2.A of this Court's Individual Practices.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **October 5, 2020**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**