**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SANDS,** | USDC SDNY |
| Plaintiff, | DOCUMENT |
| | ELECTRONICALLY FILED |
| -against- | DOC#: _____ |
| | DATE FILED: 11/18/2020 |
| **WILD SKY MEDIA CO, LTD., ET AL.** | |
| Defendant. | |

20-cv-02734 (ALC)

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 21, 2020, Defendant filed a motion to dismiss. ECF No. 18. On November 11, 2020, Plaintiff filed an Amended Complaint. ECF No. 20. In light of the Amended Complaint, Defendant's motion to dismiss is DENIED without prejudice. The Parties are ORDERED to propose a new briefing schedule for the motion to dismiss for inadequate service by November 25, 2020. The Clerk of Court is respectfully direct to close ECF No. 18.

SO ORDERED.

Dated: November 18, 2020
    New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**